UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

TOPP, INC., individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

ACE AVIATION HOLDINGS, INC., AIR CANADA, AC CARGO LP, AIR FRANCE ADS, AIR FRANCE-KLM GROUP ADS,
AIR FRANCE CARGO ADS, AIR FRANCE-KLM CARGO ADS, ASIANA AIRLINES INC., BRITISH AIRWAYS PLC, CARGOLUX AIRLINES INTERNATIONAL S.A.,
CATHAY PACIFIC AIRWAYS LTD, DEUTSCHE LUFTHANSA AG,
LUFTHANSA CARGO AG, JAPAN AIRLINES INTERNATIONAL COMPANY LTD.,
KOREAN AIRLINES COMPANY LTD.,
LAN AIRLINES S.A., LAN CARGO S.A.,
ATLAS AIR WORLDWIDE HOLDINGS, INC.,
NIPPON CARGO AIRLINES CO, LTD.,
POLAR AIR CARGO, INC., SAS AB dba. SAS GROUP, SAS CARGO GROUP A/S, SINGAPORE AIRLINES, LIMITED, SINGAPORE AIRLINES CARGO PTE LIMITED, SWISS INTERNATIONAL AIR LINES LTD., UAL CORPORATION, UNITED AIRLINES INC., UNITED AIRLINES CARGO INC., UNITED PARCEL SERVICE OF AMERICA INC., UPS AIR CARGO, VIRGIN ATLANTIC AIRWAYS LIMITED, INTERNATIONAL AIR TRANSPORT ASSOCIATION, and JOHN DOES I-X,

                    Defendants.

------------------------------------------------------------

Civil Action No. 1:06-cv-00396 (HHK)

## STIPULATION AND AGREED ORDER

In light of the transfer motions now pending before the Judicial Panel on Multidistrict Litigation captioned *In re Air Cargo Shipping Services Antitrust Litigation*, MDL Docket No. 1775, Plaintiff Topp, Inc. ("Plaintiff") and Defendants Air-France ADS, Air France-

KLM Group ADS, Air France Cargo ADS, Air-France-KLM Cargo ADS, Asiana Airlines Inc., British Airways PLC, Cargolux Airlines International S.A., Cathay Pacific Airways Ltd., Japan Airlines International Company Ltd., Lan Airlines S.A., Lan Cargo S.A., Atlas Air Worldwide Holdings, Inc., Nippon Cargo Airlines Co., Ltd., Polar Air Cargo, Inc., SAS AB, Singapore Airlines, Ltd., Singapore Airlines Cargo PTE Limited, International Air Transport Association, United Parcel Service of America Inc. and UPS Air Cargo (collectively, the "Defendants") through their respective counsel, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED**, that Defendants' time to answer, move or otherwise plead is enlarged until April 17, 2006.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process. The Defendants have expressly reserved their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

Dated:   Washington, D.C.
         March 29, 2006

| COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Michael D. Hausfeld<br>Michael D. Hausfeld<br>Paul T. Gallagher<br>Andrew B. Bullion<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20008<br>(202) 408-4600<br>(202) 408-6699 (fax)<br><br>*Attorneys for Plaintiff* | By: /s/ Gary A. MacDonald<br>Gary A. MacDonald (418378)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br>(202) 393-5760 (fax)<br><br>**LINKLATERS**<br>James R. Warnot, Jr.<br>Mary K. Warren<br>Thomas A. McGrath<br>Michael J. Osnato, Jr.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(212) 903-9000<br>(212) 903-9100 (fax)<br><br>*Attorneys for Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, and Air-France-KLM Cargo ADS* |

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ James V. Dick
James V. Dick
1201 Pennsylvania Ave. NW
Suite 500
Washington, D.C. 20004-2401
(202) 626-6714
(202) 626-6780 (fax)

*Attorneys for Lan Airlines S.A. and Lan Cargo S.A.*

HELLER EHRMAN LLP

By: /s/ Daniel D. Edelman
Daniel D. Edelman
7 Times Square, Times Square Tower
New York, NY 10036
(212) 832-8300
(212) 763-7600 (fax)

*Attorneys for Asiana Airlines Inc.*

ROPES & GRAY LLP

By: /s/ Stacy Dawson Belf
Stacy Dawson Belf
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (fax)

*Attorneys for Atlas Air Worldwide Holdings, Inc. and Polar Air Cargo, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ John R. Fornaciari
John R. Fornaciari
1300 I. Street NW, 11th Fl
Washington, DC 20005
(202) 218-0000
(202) 218-0020 (fax)

*Attorneys for Nippon Cargo Airlines, Co. LTD.*

CROWELL & MORING LLP

By: /s/ George D. Ruttinger
George D. Ruttinger
Jeffrey Blumenfeld
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-624-2500
202-628-5116 (fax)

*Attorneys for SAS AB*

STEPTOE & JOHNSON LLP

By: /s/ William Karas
William Karas
Kenneth P. Ewing
1330 Connecticut Avenue N.W.
Washington, DC 20036
(202) 429-3000
(202) 429-3902 (fax)

*Attorneys for Japan Airlines International Co., Ltd.*

**DLA PIPER RUDNICK GRAY CARY US LLP**

By: /s/ Edward B. Schwartz
Edward B. Schwartz
1200 Nineteenth St. N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Attorneys for Cathay Pacific Airways Ltd.*

**SULLIVAN & CROMWELL LLP**

By: /s/ Daryl A. Libow
Daryl A. Libow
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5805
(202) 956-7500
(202) 293-6330 (fax)

*Attorneys for British Airways PLC*

**HOWREY LLP**

By: /s/ Alan M. Wiseman
Alan M. Wiseman
Mark C. Schechter
1299 Pennsylvania Ave, N.W.
Washington, D.C. 2004
(202) 383-6638
(202) 383-6610 (fax)

*Attorneys for International Air Transport Association*

**SO ORDERED:**

_____
U.S.D.J.

**SHEARMAN & STERLING LLP**

By: /s/ Stephen Fishbein
Stephen Fishbein
Michael Rasnick
599 Lexington Ave.
New York, NY 10022-6069
(212) 848-4000
(212) 848-7179 (fax)

*Attorneys for Cargolux Airlines International S.A.*

**LATHAM & WATKINS LLP**

By: /s/ Margaret M. Zwisler
Margaret M. Zwisler
Abbott B. Lipsky
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
(212) 637-2201 (fax)

*Attorneys for Singapore Airlines Limited and Singapore Air Cargo PTE Ltd.*

**MORRISON & FOERSTER LLP**

By: /s/ Bradley S. Lui
Bradley S. Lui
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, D.C. 20006-1888
(202) 887-1500
(202) 887-0763 (fax)

*Attorneys for United Parcel Service of America Inc. and UPS Air Cargo*