## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

TOPP, INC., individually and on behalf of all others similarly situated,

                      Plaintiff,

                      v.

ACE AVIATION HOLDINGS, INC., AIR CANADA, AC CARGO LP, AIR FRANCE ADS, AIR FRANCE-KLM GROUP ADS,
AIR FRANCE CARGO ADS, AIR FRANCE-KLM CARGO ADS, ASIANA AIRLINES INC., BRITISH AIRWAYS PLC, CARGOLUX AIRLINES INTERNATIONAL S.A.,
CATHAY PACIFIC AIRWAYS LTD, DEUTSCHE LUFTHANSA AG,
LUFTHANSA CARGO AG, JAPAN AIRLINES INTERNATIONAL COMPANY LTD.,
KOREAN AIRLINES COMPANY LTD.,
LAN AIRLINES S.A., LAN CARGO S.A.,
ATLAS AIR WORLDWIDE HOLDINGS, INC.,
NIPPON CARGO AIRLINES CO, LTD.,
POLAR AIR CARGO, INC., SAS AB dba. SAS GROUP, SAS CARGO GROUP A/S, SINGAPORE AIRLINES, LIMITED, SINGAPORE AIRLINES CARGO PTE LIMITED, SWISS INTERNATIONAL AIR LINES LTD., UAL CORPORATION, UNITED AIRLINES INC., UNITED AIRLINES CARGO INC., UNITED PARCEL SERVICE OF AMERICA INC., UPS AIR CARGO, VIRGIN ATLANTIC AIRWAYS LIMITED, INTERNATIONAL AIR TRANSPORT ASSOCIATION, and JOHN DOES I-X,

                      Defendants.

Civil Action No. 1:06-cv-00396 (HHK)

------------------------------------------------------------

## STIPULATION AND AGREED ORDER

In light of the transfer motions now pending before the Judicial Panel on Multidistrict Litigation captioned *In re Air Cargo Shipping Services Antitrust Litigation,* MDL Docket No. 1775, Plaintiff Topp, Inc. ("Plaintiff") and Defendants Deutsche Lufthansa AG, Lufthansa Cargo

AG, and Swiss International Air Lines, Ltd., through their respective counsel, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED,** that Defendants' time to answer, move or otherwise plead is enlarged until May 1, 2006.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process. The Defendants have expressly reserved their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

Dated:   Washington, D.C.
         April 26, 2006

| | |
|---|---|
| **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| By:  /s/ Michael D. Hausfeld | By:  /s/ David W. Ogden |
| Michael D. Hausfeld | David W. Ogden (D.C. Bar # 375951) |
| Paul T. Gallagher | Robert Bell |
| Andrew B. Bullion | Eric J. Mahr |
| 1100 New York Avenue, N.W. | 2445 M Street, N.W. |
| Suite 500, West Tower | Washington, D.C. 20037 |
| Washington, D.C. 20008 | (202) 663-6000 |
| (202) 408-4600 | (202) 663-6363 (fax) |
| (202) 408-6699 (fax) | |
| *Attorneys for Plaintiff* | *Attorneys for Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines, Ltd.* |

**SO ORDERED:**

_____

**U.S.D.J.**