UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------x

TOPP, INC., individually and on behalf of all others similarly situated,

                Plaintiff,

                v.

ACE AVIATION HOLDINGS, INC., AIR CANADA, AC CARGO LP, AIR FRANCE ADS, AIR FRANCE-KLM GROUP ADS, AIR FRANCE CARGO ADS, AIR FRANCE-KLM CARGO ADS, ASIANA AIRLINES INC., BRITISH AIRWAYS PLC, CARGOLUX AIRLINES INTERNATIONAL S.A., CATHAY PACIFIC AIRWAYS LTD, DEUTSCHE LUFTHANSA AG, LUFTHANSA CARGO AG, JAPAN AIRLINES INTERNATIONAL COMPANY LTD., KOREAN AIRLINES COMPANY LTD., LAN AIRLINES S.A., LAN CARGO S.A., ATLAS AIR WORLDWIDE HOLDINGS, INC., NIPPON CARGO AIRLINES CO, LTD., POLAR AIR CARGO, INC., SAS AB dba. SAS GROUP, SAS CARGO GROUP A/S, SINGAPORE AIRLINES, LIMITED, SINGAPORE AIRLINES CARGO PTE LIMITED, SWISS INTERNATIONAL AIR LINES LTD., UAL CORPORATION, UNITED AIRLINES INC., UNITED AIRLINES CARGO INC., UNITED PARCEL SERVICE OF AMERICA INC., UPS AIR CARGO, VIRGIN ATLANTIC AIRWAYS LIMITED, INTERNATIONAL AIR TRANSPORT ASSOCIATION, and JOHN DOES I-X,

                Defendants.

Civil Action No. 1:06-cv-00396 (HHK)

------------------------------------------------------------

**STIPULATION AND AGREED ORDER**

In light of the transfer motions now pending before the Judicial Panel on Multidistrict Litigation captioned *In re Air Cargo Shipping Services Antitrust Litigation*, MDL Docket No. 1775, Plaintiff Topp, Inc. ("Plaintiff") and Defendants Air Canada, ACE Aviation Holdings, AC Cargo LP, Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, Air-France-KLM Cargo ADS, Asiana Airlines Inc., British Airways PLC, Cargolux Airlines International S.A., Cathay Pacific Airways Ltd., Deutsche Lufthansa AG, Lufthansa Cargo AG, Swiss International Airlines Ltd., Japan Airlines International Co., Ltd., Korean Airlines Co., Ltd., Lan Airlines S.A., Lan Cargo S.A., Atlas Air Worldwide Holdings, Inc., Nippon Cargo Airlines Co., Ltd., Polar Air Cargo, Inc., Singapore Airlines, Ltd., Singapore Airlines Cargo PTE Limited, International Air Transport Association, United Parcel Service of America Inc., UPS Air Cargo, Virgin Atlantic Airways Ltd., UAL Corp., United Airlines Cargo, Inc., and United Airlines, Inc. (collectively, the "Defendants") through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, that Defendants' time to answer, move or otherwise plead is enlarged until May 5, 2006.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation does not constitute a waiver of any defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction, improper venue, insufficiency of process, or insufficiency of service of process. The Defendants have expressly reserved their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

Dated:   Washington, D.C.
         May 1, 2006

| COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C. | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Michael D. Hausfeld<br>Michael D. Hausfeld<br>Paul T. Gallagher<br>Andrew B. Bullion<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20008<br>(202) 408-4600<br>(202) 408-6699 (fax)<br><br>*Attorneys for Plaintiff* | By: /s/ Gary A. MacDonald<br>Gary A. MacDonald (# 418378)<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-7000<br>(202) 393-5760 (fax)<br><br>**LINKLATERS**<br>James R. Warnot, Jr.<br>Mary K. Warren<br>Thomas A. McGrath<br>Michael J. Osnato, Jr.<br>1345 Avenue of the Americas<br>New York, NY 10105<br>(212) 903-9000<br>(212) 903-9100 (fax)<br><br>*Attorneys for Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, and Air-France-KLM Cargo ADS* |

| | |
|---|---|
| **SQUIRE, SANDERS & DEMPSEY L.L.P.** | **HELLER EHRMAN LLP** |
| By: /s/ James V. Dick<br>James V. Dick (#211130)<br>1201 Pennsylvania Ave. NW<br>Suite 500<br>Washington, D.C. 20004-2401<br>(202) 626-6714<br>(202) 626-6780 (fax)<br><br>*Attorneys for Lan Airlines S.A. and Lan Cargo S.A.* | By: /s/ Daniel D. Edelman<br>Daniel D. Edelman<br>7 Times Square, Times Square Tower<br>New York, NY 10036<br>(212) 832-8300<br>(212) 763-7600 (fax)<br><br>*Attorneys for Asiana Airlines Inc.* |
| **ROPES & GRAY LLP** | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
| By: /s/ Stacy Dawson Belf<br>Stacy Dawson Belf (#481295)<br>One Metro Center<br>700 12th Street, NW, Suite 900<br>Washington, DC 20005-3948<br>(202) 508-4600<br>(202) 508-4650 (fax)<br><br>*Attorneys for Atlas Air Worldwide Holdings, Inc. and Polar Air Cargo, Inc.* | By: /s/ John R. Fornaciari<br>John R. Fornaciari<br>1300 I. Street NW, 11th Fl<br>Washington, DC 20005<br>(202) 218-0000<br>(202) 218-0020 (fax)<br><br>*Attorneys for Nippon Cargo Airlines, Co. LTD.* |
| **WILMER CUTLER PICKERING HALE AND DORR LLP** | **STEPTOE & JOHNSON LLP** |
| By: /s/ David W. Ogden<br>David W. Ogden (#375951)<br>Robert Bell<br>Eric J. Mahr<br>2445 M Street, N.W.<br>Washington, D.C. 20037<br>(202) 663-6000<br>(202) 663-6363 (fax)<br><br>*Attorneys for Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Airlines Ltd.* | By: /s/ William Karas<br>William Karas<br>Kenneth P. Ewing<br>1330 Connecticut Avenue N.W.<br>Washington, DC 20036<br>(202) 429-3000<br>(202) 429-3902 (fax)<br><br>*Attorneys for Japan Airlines International Co., Ltd.* |

| | |
|---|---|
| **DLA PIPER RUDNICK GRAY CARY US LLP** | **SHEARMAN & STERLING LLP** |
| By: /s/ Edward B. Schwartz<br>Edward B. Schwartz<br>1200 Nineteenth St. N.W.<br>Washington, D.C. 20036<br>(202) 861-3900<br>(202) 223-2085 (fax) | By: /s/ Stephen Fishbein<br>Stephen Fishbein<br>Michael Rasnick<br>599 Lexington Ave.<br>New York, NY 10022-6069<br>(212) 848-4000<br>(212) 848-7179 (fax) |
| *Attorneys for Cathay Pacific Airways Ltd.* | *Attorneys for Cargolux Airlines International S.A.* |
| **SULLIVAN & CROMWELL LLP** | **LATHAM & WATKINS LLP** |
| By: /s/ Daryl A. Libow<br>Daryl A. Libow (#446314)<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006-5805<br>(202) 956-7500<br>(202) 293-6330 (fax) | By: /s/ Margaret M. Zwisler<br>Margaret M. Zwisler (#245951)<br>Abbott B. Lipsky (#281774)<br>Charles R. Price (#488425)<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004-1304<br>(202) 637-2200<br>(212) 637-2201 (fax) |
| *Attorneys for British Airways PLC* | *Attorneys for Singapore Airlines Limited and Singapore Air Cargo PTE Ltd.* |
| **HOWREY LLP** | **MORRISON & FOERSTER LLP** |
| By: /s/ Alan M. Wiseman<br>Alan M. Wiseman<br>Mark C. Schechter<br>1299 Pennsylvania Ave, N.W.<br>Washington, D.C. 20004<br>(202) 383-6638<br>(202) 383-6610 (fax) | By: /s/ Bradley S. Lui<br>Bradley S. Lui (#425033)<br>2000 Pennsylvania Avenue, N.W.<br>Suite 5500<br>Washington, D.C. 20006-1888<br>(202) 887-1500<br>(202) 887-0763 (fax) |
| *Attorneys for International Air Transport Association* | *Attorneys for United Parcel Service of America Inc. and UPS Air Cargo* |

| | |
|---|---|
| **HOGAN & HARTSON, L.L.P.** | **SIMPSON THACHER & BARTLETT LLP** |
| By: /s/ Benjamin Holt | By: /s/ Peter C. Thomas |
| Benjamin Holt | Peter C. Thomas (#495928) |
| 555 Thirteenth Street, N.W. | 555 11th Street, N.W., Suite 725 |
| Washington, D.C. 20004 | Washington, D.C. 20004 |
| (202) 637-5600 | (202) 220 – 7700 |
| (202) 637-5910 (fax) | |
| | Charles E. Koob |
| George Hritz | David E. Vann |
| Eric Stock | Jonathan K. Youngwood |
| HOGAN & HARTSON, L.L.P. | SIMPSON THACHER & BARTLETT LLP |
| 875 Third Avenue | 425 Lexington Avenue |
| New York, NY 10022 | New York, NY 10017 |
| (212) 918-3000 | (212) 455-2000 |
| | (212) 455-2502 (fax) |
| *Attorneys for Air Canada, ACE Aviation Holdings and AC Cargo LP* | *Attorneys for Virgin Atlantic Airways Limited* |
| **MAYER, BROWN, ROWE & MAW, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: /s/ Andrew A. Nicely | By: /s/ Peter E. Halle |
| Andrew A. Nicely | Peter E. Halle |
| 1909 K Street N.W. | Willard K. Tom |
| Washington, D.C. 20006-1157 | Joseph Brooks |
| (202) 263-3000 | Melissa Furrer Miller |
| (202) 263-3300 (fax) | 1111 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004 |
| | (212) 739-3000 |
| | (212) 739-3001 (fax) |
| *Attorneys for UAL Corp., United Airlines Cargo Inc., and United Airlines, Inc.* | *Attorneys for Korean Airlines Co. Ltd.* |

**SO ORDERED:**

_____
U.S.D.J.