# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------x

TOPP, INC., individually and on behalf of all others
similarly situated,

                      Plaintiff,

              v.

ACE AVIATION HOLDINGS, INC., AIR CANADA,
AC CARGO LP, AIR FRANCE ADS, AIR FRANCE-
KLM GROUP ADS,
AIR FRANCE CARGO ADS, AIR FRANCE-KLM
CARGO ADS, ASIANA AIRLINES INC., BRITISH
AIRWAYS PLC, CARGOLUX AIRLINES
INTERNATIONAL S.A.,
CATHAY PACIFIC AIRWAYS LTD, DEUTSCHE
LUFTHANSA AG,
LUFTHANSA CARGO AG, JAPAN AIRLINES
INTERNATIONAL COMPANY LTD.,
KOREAN AIRLINES COMPANY LTD.,
LAN AIRLINES S.A., LAN CARGO S.A.,
ATLAS AIR WORLDWIDE HOLDINGS, INC.,
NIPPON CARGO AIRLINES CO, LTD.,
POLAR AIR CARGO, INC., SAS AB dba. SAS
GROUP, SAS CARGO GROUP A/S, SINGAPORE
AIRLINES, LIMITED, SINGAPORE AIRLINES
CARGO PTE LIMITED, SWISS INTERNATIONAL
AIR LINES LTD., UAL CORPORATION, UNITED
AIRLINES INC., UNITED AIRLINES CARGO INC.,
UNITED PARCEL SERVICE OF AMERICA INC.,
UPS AIR CARGO, VIRGIN ATLANTIC AIRWAYS
LIMITED, INTERNATIONAL AIR TRANSPORT
ASSOCIATION, and JOHN DOES I-X,

                      Defendants.

Civil Action No. 1:06-cv-00396
(HHK)

---------------------------------------------------------------x

## NOTICE OF ADDRESS CHANGE

      Pursuant to Local Civil Rule 5.1(e), the undersigned counsel for Defendants

Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines,

Ltd. respectfully request that this Court take note that effective May 1, 2006, the address of said counsel will change to: 1875 Pennsylvania Avenue, N.W., Washington D.C. 20006.  Please note that the telephone and fax numbers remain the same.

Dated:     Washington, D.C.
           May 2, 2006

                              WILMER CUTLER PICKERING HALE
                                AND DORR LLP

                              By:    /s/ David W. Ogden
                              David W. Ogden (D.C. Bar # 375951)
                              Robert Bell
                              Eric J. Mahr
                              1875 Pennsylvania Avenue, N.W.,
                              Washington, D.C. 20006
                              (202) 663-6000
                              (202) 663-6363 (fax)

                              *Attorneys for Deutsche Lufthansa AG, Lufthansa
                              Cargo AG, and Swiss International Air Lines,
                              Ltd.*