## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------x

TOPP, INC., individually and on behalf of all others
similarly situated,

Plaintiff,

v.

ACE AVIATION HOLDINGS, INC., AIR CANADA,
AC CARGO LP, AIR FRANCE ADS, AIR FRANCE-
KLM GROUP ADS, AIR FRANCE CARGO ADS, AIR
FRANCE-KLM CARGO ADS, ASIANA AIRLINES
INC., BRITISH AIRWAYS PLC, CARGOLUX
AIRLINES INTERNATIONAL S.A., CATHAY
PACIFIC AIRWAYS LTD, DEUTSCHE
LUFTHANSA AG, LUFTHANSA CARGO AG,
JAPAN AIRLINES INTERNATIONAL COMPANY
LTD., KOREAN AIRLINES COMPANY LTD.,
LAN AIRLINES S.A., LAN CARGO S.A.,
ATLAS AIR WORLDWIDE HOLDINGS, INC.,
NIPPON CARGO AIRLINES CO, LTD.,
POLAR AIR CARGO, INC., SAS AB dba. SAS
GROUP, SAS CARGO GROUP A/S, SINGAPORE
AIRLINES, LIMITED, SINGAPORE AIRLINES
CARGO PTE LIMITED, SWISS INTERNATIONAL
AIR LINES LTD., UAL CORPORATION, UNITED
AIRLINES INC., UNITED AIRLINES CARGO INC.,
UNITED PARCEL SERVICE OF AMERICA INC.,
UPS AIR CARGO, VIRGIN ATLANTIC AIRWAYS
LIMITED, INTERNATIONAL AIR TRANSPORT
ASSOCIATION, and JOHN DOES I-X,

Defendants.

-------------------------------------------------------------------

Civil Action No. 1:06-cv-00396
(HHK)

## STIPULATION AND AGREED ORDER

In light of the transfer motion now pending before the Judicial Panel on

Multidistrict Litigation captioned *In re Air Cargo Shipping Services Antitrust Litigation*, MDL

Docket No. 1775, Plaintiff Topp, Inc. ("Plaintiff") and Defendants Air Canada, ACE Aviation

Holdings, AC Cargo LP, Air-France ADS, Air France-KLM Group ADS, Air France Cargo

ADS, Air-France-KLM Cargo ADS, Asiana Airlines Inc., British Airways PLC, Cargolux

Airlines International S.A., Cathay Pacific Airways Ltd., Deutsche Lufthansa AG, Lufthansa

Cargo AG, Swiss International Air Lines Ltd., Japan Airlines International Co., Ltd., Korean

Airlines Co., Ltd., Lan Airlines S.A., Lan Cargo S.A., Atlas Air Worldwide Holdings, Inc.,

Nippon Cargo Airlines Co., Ltd., Polar Air Cargo, Inc., SAS AB, SAS Air Cargo Holdings A/S,

Singapore Airlines, Ltd., Singapore Airlines Cargo PTE Limited, International Air Transport

Association, United Parcel Service of America Inc., UPS Air Cargo, Virgin Atlantic Airways

Ltd., UAL Corp., United Airlines Cargo, Inc., and United Airlines, Inc. (collectively, the

"Defendants") through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer,

move or otherwise plead is enlarged until the later of (1) the date when the defendant would

otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45

days after the JPML rules on the pending motion, and a consolidated complaint is filed by all

plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel

designated below shall accept service on behalf of the defendant represented by each such

counsel of all complaints in this or the related matters filed in the District Court for the District

of Columbia and assigned to Judge Henry H. Kennedy as of the date of this Stipulation,

including any amended, consolidated complaints, and further, that such defendant shall not

contest sufficiency of process or of service of process and that such defendant's time to answer,

move or otherwise plead in those related matters shall be enlarged until the time provided in the

preceding paragraph.  This Stipulation does not constitute a waiver of any other defense

including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph, but, the above notwithstanding, should any Defendant respond to any complaint in a related matter filed in the District Court for the Eastern District of New York prior to the date contemplated by this stipulation, then such defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Dated:     Washington, D.C.
           May 5, 2006

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

By:    /s/ Michael D. Hausfeld
Michael D. Hausfeld
Paul T. Gallagher
Andrew B. Bullion
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20008
(202) 408-4600
(202) 408-6699 (fax)

*Attorneys for Plaintiff*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By:    /s/ Gary A. MacDonald
Gary A. MacDonald (# 418378)
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
(202) 393-5760 (fax)

**LINKLATERS**
James R. Warnot, Jr.
Mary K. Warren
Thomas A. McGrath
Michael J. Osnato, Jr.
1345 Avenue of the Americas
New York, NY 10105
(212) 903-9000
(212) 903-9100 (fax)

*Attorneys for Air-France ADS, Air France-KLM Group ADS, Air France Cargo ADS, and Air-France-KLM Cargo ADS*

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

By: ____/s/ James V. Dick____
James V. Dick (#211130)
1201 Pennsylvania Ave. NW
Suite 500
Washington, D.C. 20004-2401
(202) 626-6714
(202) 626-6780 (fax)

*Attorneys for Lan Airlines S.A. and Lan Cargo S.A.*

**ROPES & GRAY LLP**

By: ____/s/ Stacy Dawson Belf____
Stacy Dawson Belf (#481295)
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
(202) 508-4600
(202) 508-4650 (fax)

*Attorneys for Atlas Air Worldwide Holdings, Inc. and Polar Air Cargo, Inc.*

**CROWELL & MORING LLP**

By: ___/s/ George D. Ruttinger____
George D. Ruttinger
Jeffrey Blumenfeld
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-624-2500
202-628-5116 (fax)

*Attorneys for SAS AB and SAS Air Cargo Holdings A/S*

**HELLER EHRMAN LLP**

By: ____/s/ Daniel D. Edelman____
Daniel D. Edelman
7 Times Square, Times Square Tower
New York, NY 10036
(212) 832-8300
(212) 763-7600 (fax)

*Attorneys for Asiana Airlines Inc.*

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: ___/s/ John R. Fornaciari____
John R. Fornaciari
1300 I. Street NW, 11th Fl
Washington, DC 20005
(202) 218-0000
(202) 218-0020 (fax)

*Attorneys for Nippon Cargo Airlines, Co. LTD.*

**STEPTOE & JOHNSON LLP**

By: ___/s/ William Karas____
William Karas
Kenneth P. Ewing
1330 Connecticut Avenue N.W.
Washington, DC 20036
(202) 429-3000
(202) 429-3902 (fax)

*Attorneys for Japan Airlines International Co., Ltd.*

**DLA PIPER RUDNICK GRAY CARY US LLP**

By:   /s/ Edward B. Schwartz
Edward B. Schwartz
1200 Nineteenth St. N.W.
Washington, D.C. 20036
(202) 861-3900
(202) 223-2085 (fax)

*Attorneys for Cathay Pacific Airways Ltd.*

**SULLIVAN & CROMWELL LLP**

By:   /s/ Daryl A. Libow
Daryl A. Libow (#446314)
1701 Pennsylvania Avenue, NW
Washington, DC  20006-5805
(202) 956-7500
(202) 293-6330 (fax)

*Attorneys for British Airways PLC*

**HOWREY LLP**

By:   /s/ Alan M. Wiseman
Alan M. Wiseman
Mark C. Schechter
1299 Pennsylvania Ave, N.W.
Washington, D.C. 20004
(202) 383-6638
(202) 383-6610 (fax)

*Attorneys for International Air Transport Association*

**SHEARMAN & STERLING LLP**

By:   /s/ Stephen Fishbein
Stephen Fishbein
Michael Rasnick
599 Lexington Ave.
New York, NY 10022-6069
(212) 848-4000
(212) 848-7179 (fax)

*Attorneys for Cargolux Airlines International S.A.*

**LATHAM & WATKINS LLP**

By:   /s/ Margaret M. Zwisler
Margaret M. Zwisler (#245951)
Abbott B. Lipsky (#281774)
Charles R. Price (#488425)
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
(212) 637-2201 (fax)

*Attorneys for Singapore Airlines Limited and Singapore Air Cargo PTE Ltd.*

**MORRISON & FOERSTER LLP**

By:   /s/ Bradley S. Lui
Bradley S. Lui (#425033)
2000 Pennsylvania Avenue, N.W.
Suite 5500
Washington, D.C. 20006-1888
(202) 887-1500
(202) 887-0763 (fax)

*Attorneys for United Parcel Service of America Inc. and UPS Air Cargo*

**HOGAN & HARTSON, L.L.P.**


By:   /s/ Benjamin Holt
Benjamin Holt
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
(202) 637-5910 (fax)

George Hritz
Eric Stock
HOGAN & HARTSON, L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

*Attorneys for Air Canada, ACE Aviation Holdings and AC Cargo LP*


**SIMPSON THACHER & BARTLETT LLP**


By:   /s/ Peter C. Thomas
Peter C. Thomas (#495928)
555 11th Street, N.W., Suite 725
Washington, D.C. 20004
(202) 220 – 7700

Charles E. Koob
David E. Vann
Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
(212) 455-2502 (fax)

*Attorneys for Virgin Atlantic Airways Limited*


**MAYER, BROWN, ROWE & MAW, LLP**


By:   /s/ Andrew A. Nicely
Andrew A. Nicely (#458805)
1909 K Street N.W.
Washington, D.C. 20006-1157
(202) 263-3000
(202) 263-3300 (fax)



*Attorneys for UAL Corp., United Airlines Cargo Inc., and United Airlines, Inc.*


**MORGAN, LEWIS & BOCKIUS LLP**


By:   /s/ Peter E. Halle
Peter E. Halle
Willard K. Tom
Joseph Brooks
Melissa Furrer Miller
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(212) 739-3000
(212) 739-3001 (fax)

*Attorneys for Korean Airlines Co. Ltd.*

**WILMER CUTLER PICKERING
HALE AND DORR LLP**

By:   /s/ David W. Ogden
David W. Ogden (#375951)
Robert Bell
Eric J. Mahr
2445 M Street, N.W.
Washington, D.C. 20037
(202) 663-6000
(202) 663-6363 (fax)

*Attorneys for Deutsche Lufthansa AG,
Lufthansa Cargo AG, and Swiss
International Air Lines Ltd.*


**SO ORDERED:**

_____
**U.S.D.J.**